**IN THE COURT OF APPEALS OF TENNESSEE,**
**AT JACKSON**

**FILED**

**May 21, 1999**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

_____

|  |  |  |
|---|---|---|
| **NANCY KNIGHT**, | ) | Carroll County Chancery Court |
|  | ) | No. 97-DR-215 |
| Plaintiff/Appellee. | ) |  |
|  | ) |  |
| VS. | ) | C.A. No. 02A01-9804-CH-00094 |
|  | ) |  |
| **HENRY KNIGHT**, | ) |  |
|  | ) |  |
| Defendant/Appellant. | ) |  |
|  | ) |  |

_____

**ORDER**

_____

The opinion and judgment of this Court filed on March 18, 1999 are withdrawn.

_____
FARMER, J.

_____
CRAWFORD, P.J.,W.S.

_____
LILLARD, J.